UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20801-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

NELSON ALBERTO PENAGOS MOLINA,

        Defendant.
_____/

**STIPULATED FACTUAL PROFFER FOR GUILTY PLEA**

The United States of America, by and through the undersigned Assistant United States Attorney, and the Defendant, personally and through his attorney, hereby submit this stipulated factual proffer to establish the Defendant's guilt of Count 1 of the Information. The parties agree that the below factual proffer is a summary relating to the defendant's conduct and does not include every detail of the offense but are sufficient to establish the elements of the offense. The defendant further agrees that the facts below were committed knowingly, willfully, and voluntarily.

1. The investigation revealed that Luis Enrique Renteria Granados (Renteria Granados), Carlos Alberto Sinesterra Penalosa (Sinesterra Penalosa), Luis Rolando Bueno Jimenez (Bueno Jimenez), and Nelson Alberto Penagos Molina (Penagos Molina), and Lisimaco Cortes Motta, (Cortes Motta), were members of a Colombia-based drug trafficking organization (DTO) that transported multi-kilogram quantities of cocaine by self-propelled semisubmersible submarines from Colombia to Central America. Through an extensive Colombian wiretap investigation, and with the assistance of a cooperating source (CS) familiar with the DTO's activities, Colombian law enforcement authorities identified the voices of the defendants speaking during numerous lawfully-intercepted telephone conversations planning cocaine shipments for the DTO. The role of Penagos Molina was to transport money to be used as

[1]

payments for the DTO's activities, including the obtainment of materials needed to construct the self-propelled semisubmersible submarines (SPSS. Each of the SPSS constructed had a capacity to carry at least three (3) tons of cocaine.

2. On or about March 29, 2012, a United States (US) marine patrol aircraft located and tracked a SPSS in international waters in the Caribbean Sea. After receiving permission from Honduran authorities, the United States Coast Guard (USCG) pursued the SPSS into the territorial waters of Honduras and attempted to interdict the SPSS. The USCG was able to video record the SPSS sinking and thereafter rescued four crew members on board. Because the SPSS was scuttled in 3,000 feet of water, no cargo was recovered. However, one crew member informed law enforcement authorities that cocaine was loaded onto the SPSS prior to departing Colombia.

3. On or about July 26, 2012, Colombian law enforcement authorities conducted surveillance in a remote jungle area of Necocli, Colombia, based on information obtained from the CS and intercepted telephone conversations. During this surveillance, DTO members became aware of the law enforcement authorities' presence and burned the SPSS.

4. On or about July 27, 2012, Colombian law enforcement authorities intercepted a telephone conversation involving Penagos Molina. During the intercepted telephone conversation, Penagos Molina said: "Do you remember what I told you yesterday? . . . I think there is a problem . . . that will come out on the news . . . the ones training for the marathon . . . are sick . . . he didn't win the marathon . . ."

5. On or about December 4, 2012, a US marine patrol aircraft spotted a motionless SPSS approximately 40 nautical miles from the coast of Bocas del Toro, Panama, with three crew members on the deck. The USCG, together with Costa Rican and Panamanian law enforcement authorities, responded to the location. As the Costa Rican and Panamanian law enforcement arrived, the SPSS

crewmembers scuttled the vessel. The Panamanian Navy took custody of the three crew members and recovered one bale containing 70 kilograms of cocaine that floated to the surface. The USCG arrived shortly thereafter and recovered four kilograms of cocaine from the water.

6. By his signature below, the defendant verifies that:

    A) he has read and understood the foregoing;

    B) the stipulated factual record is true and correct;

    C) he signs this document freely and voluntarily after he has received the advice of his counsel.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 1/7/16     By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

Date: 1-6-17    By: _____
NELSON ALBERTO PENAGOS MOLINA
DEFENDANT

Date: 1/6/17    By: _____
LUIS CASUSO
ATTORNEY FOR DEFENDANT

Susana Starosta
Spanish Interpreter 1/6/17

[3]